UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DONNA JEAN SCHUCKER,

                                **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**COUNT 1**
(Sexual Abuse of a Ward)

On a date unknown to the grand jury in June or July of 2022, in Lake County, in the Southern Division of the Western District of Michigan,

**DONNA JEAN SCHUCKER**

knowingly engaged in a sexual act with an inmate in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the head of any Federal department and agency, namely, the North Lake Correctional Facility, which inmate was in official detention and under the custodial, supervisory, and disciplinary authority of SCHUCKER.

18 U.S.C. § 2243(b)
18 U.S.C. § 2246(2)

## COUNT 2
(Sexual Abuse of a Ward)

On a date unknown to the grand jury in June or July of 2022, in Lake County, in the Southern Division of the Western District of Michigan,

**DONNA JEAN SCHUCKER**

knowingly engaged in a sexual act with an inmate in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the head of any Federal department and agency, namely, the North Lake Correctional Facility, which inmate was in official detention and under the custodial, supervisory, and disciplinary authority of SCHUCKER.

18 U.S.C. § 2243(b)
18 U.S.C. § 2246(2)

## COUNT 3
(Sexual Abuse of a Ward)

On a date unknown to the grand jury in June or July of 2022, in Lake County, in the Southern Division of the Western District of Michigan,

**DONNA JEAN SCHUCKER**

knowingly engaged in a sexual act with an inmate in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the head of any Federal department and agency, namely, the North Lake Correctional Facility, which inmate was in official detention and under the custodial, supervisory, and disciplinary authority of SCHUCKER.

18 U.S.C. § 2243(b)
18 U.S.C. § 2246(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney